

1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2723

5 | Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) 2:06-SW--353   DAD
v. )
)
IN RE MATTER OF SEIZURE ) [PROPOSED] SEALING ORDER
WARRANT FOR CERTAIN VEHICLE, )
)

For good cause shown in ¶ 60 of the affidavit of Christopher S. Fitzpatrick, Special Agent, IRS-CI, in support of the seizure warrant issued in the above-captioned matter, the Court orders that such affidavit be, and the same hereby is, SEALED pending further order of the Court.

IT IS SO ORDERED.

DATED: 11/21/06

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE